479 A.2d 1094

Commonwealth v. Brown, Appellant.

Submitted May 4, 1984. Thomas G. Klingensmith, Assistant Public

Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Affirmed.